# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE CASE NO. |
| VERSUS | 25-24-UNA |
| KENTERRIUS KELLY | |

### ORDER

Under the Federal Rule of Criminal Procedure 5(f), and as the parties were orally advised at the initial appearance in this matter,

**IT IS ORDERED** that counsel for the government must satisfy its disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Failure to do so may result in consequences including, but not limited to, dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions.

Signed in Baton Rouge, Louisiana, on April 17, 2025.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**